UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ROCHELLE BYRD, | ) |
|     Plaintiff, | ) ) ) |
| v. | )   No.  4:17 CV 0008 JMB |
| WELLPOINT FLEXIBLE BENEFIT PLAN and ANTHEM LIFE INSURANCE COMPANY, | ) ) ) ) |
|     Defendants. | ) |

## ORDER OF DISMISSAL

This matter is before the Court on the Joint Stipulation of Dismissal with Prejudice (ECF No. 32).  Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the case shall be dismissed.

Accordingly,

**IT IS HEREBY ORDERED** that all claims in this matter are **DISMISSED WITH PREJUDICE**, with each party to bear their own costs and attorneys' fees.

SO ORDERED.

Dated this 1st day of August, 2017

*/s/ John M. Bodenhausen*
JOHN M. BODENHAUSEN
UNITED STATES MAGISTRATE JUDGE